IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV95-H-1005-S |
| ONE (1) 1988 HONDA GOLDWING MOTORCYCLE, VIN 1HFSC2200JA002299, ALABAMA TAG NO. M-04147, | ) ) ) | |
| DEFENDANTS. | ) | |

FILED
NOV -6 PM 3:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV - 6 1997

## MEMORANDUM OF DECISION

The court has before it the September 16, 1997 motion of plaintiff for summary judgment which is under submission pursuant to the September 18, 1997 order, as modified by the October 6, 1997 order. In support of the motion plaintiff filed on September 15, 1997 a verification of James D. Ingram. The statements of fact contained in that verification are not traversed and the court expressly finds that each statement of fact contained in the verification is a true and correct statement. The court specifically notes that Michael L. Ivory has filed no claim as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims as mentioned in the August 30, 1996 order and entry of default as to potential claimant Wendell Lamar Means.

There being no dispute as to any material fact and the United States being entitled to judgment as a matter of law, the motion by separate order will be granted.

DONE this the 6th day of November, 1997.

_____
SENIOR UNITED STATES DISTRICT JUDGE